FILED: November 4, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-235

(3:21-cv-00638-RJC-SCR)

_____

CITY OF CHARLOTTE, a North Carolina municipal corporation

      Petitioner

v.

HEATHER NICOLE DURHAM, on behalf of herself and others similarly situated

      Respondent

_____

O R D E R

_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Wynn with the concurrence of Judge Richardson and Judge Berner.

      For the Court

      /s/ Nwamaka Anowi, Clerk